**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. SCOVIL * | |
| * | |
| Plaintiff * | |
| * | |
| V. * | |
| * | NO: 4:11CV00481  SWW |
| JOHN N. McHUGH, Secretary of the * | |
| Army * | |
| * | |
| Defendant | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE